ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/21/2025 4:09 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00022-CV

In the Court of Appeals
For the Fifteenth Judicial District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/21/2025 4:09:39 PM
CHRISTOPHER A. PRINE
Clerk

CITY OF COPPELL, TEXAS, ET AL.,
*Appellants/Cross-Appellees,*
v.
KELLY HANCOCK, ACTING COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS,
*Appellee/Cross-Appellant.*

On Appeal from the 201st Judicial District Court, Travis County, Texas
Cause No. D-1-GN-21-003198; consolidated with D-1-GN-21-003203

**Appellants' and Cross-Appellant's Joint Motion
to Extend Time to File Opening Briefs**

| | |
|---|---|
| James B. Harris | KEN PAXTON |
| State Bar No. 09065400 | Attorney General of Texas |
| james.harris@hklaw.com | BRENT WEBSTER |
| Stephen F. Fink | First Assistant Attorney General |
| State Bar No. 07013500 | RALPH MOLINA |
| stephen.fink@hklaw.com | Deputy First Assistant Attorney General |
| Richard B. Phillips, Jr. | AUSTIN KINGHORN |
| State Bar No. 24032833 | Deputy Attorney General for Civil Litigation |
| rich.phillips@hklaw.com | STEVEN ROBINSON |
| | Division Chief, Tax Litigation Division |
| Holland & Knight LLP | **KYLE PIERCE COUNCE** |
| 1722 Routh Street, Suite 1500 | State Bar No. 24082862 |
| Dallas, Texas 75201 | kyle.counce@oag.texas.gov |
| Phone: (214) 964-9500 | Assistant Attorney General |
| | Tax Litigation Division |
| **Counsel for Coppell Parties** | P. O. Box 12548 |
| | Austin, Texas 78711-2548 |
| | Phone: (512) 463-3112 |
| | **Counsel for Comptroller** |

To the Honorable Court of Appeals:

1. Under Texas Rules of Appellate Procedure 2, 10.5(b), and 38.6(d), Appellants City Coppell, Texas, City of Humble, Texas, City of DeSoto, Texas, City of Carrollton, Texas, and City of Farmers Branch, Texas (the "Coppell Parties") and Cross-Appellant Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas (the "Comptroller") respectfully request a 30-day extension on the due dates for their opening briefs.

2. This is an appeal and cross-appeal arising from a dispute about the meaning of certain provisions of the Texas Tax Code and related rules in the Texas Administrative Code. The Coppell Parties' opening brief as appellants and Comptroller's opening brief as cross-appellant are currently due on Wednesday, August 27, 2025. The requested extension would make the briefs due on Friday, September 26, 2025.

3. The Comptroller is not opposed to the requested extension of the due date for the Coppell Parties' opening brief. The Coppell Parties are not opposed to the requested extension of the due date for the Comptroller's opening brief. And counsel for Appellee the City of Round Rock, Texas has indicated that the City of Round Rock is not opposed to the Comptroller's requested extension.[1]

---

[1] The City of Round Rock did not appeal the final judgment and therefore its only capacity in this Court is as an appellee as to the Comptroller's cross-appeal.

4.   The Coppell Parties request this extension because their counsel has been and will be occupied with other matters that will prevent them from filing the brief by the current due date. Among other matters, counsel has been occupied with the following:

(a)   assisting with post-judgment briefing in *Cockerill et al. v. Corteva, Inc., et al.*, No. 2:21-cv-03966-MMB, a class action pending in the United States District Court for the Eastern District of Pennsylvania;

(b)   assisting with initial appellate filing and the appellants' opening brief on appeal, in No. 25-2312, *Cockerill et al. v. Corteva, Inc., et al.*, pending in the United States Court of Appeals for the Third Circuit (the appeal arising from the class action described in item (a));

(c)   preparing and filing a reply in support of a motion to dismiss certain appellants filed on August 4, 2025, in No. 15-24-00114-CV, *Cecile E. Young, in her official capacity as Executive Commissioner of the Texas Health & Human Services Commission v. Cook Children's Health Plan, et al.*, pending in the Court of Appeals for the Fifteenth District of Texas;

(d)   preparing for and attending the hearing on plaintiffs' motion for judgment on August 12, 2025, in Cause No. 2020-32320, *Bestway Oilfield, Inc. v. Cox, et al.*, pending in the 270th Judicial District Court, Harris County, Texas;

(e)   assisting (on an emergency basis) with responding to a motion filed in No. CJ-2025-641, *Capron v. Comerica Bank*, pending in the District Court of Tulsa County, Oklahoma;

(f)   preparing and filing the relators' reply in support of their petition for writ of mandamus on August 13, 2025 in No. 13-25-00345-CV, *In re QFP II, LP and RGV II, LLC*, pending in the Court of Appeals for the Thirteenth District of Texas;

(g)   working on a petition for review due (following the grant of an extension) on August 13, 2025, in *In re Estate of Long*, No. 25-0601, pending in the Supreme Court of Texas; and

(h) preparing the opening brief of appellant due on September 2, 2025, in No. 10-25-00088-CV, *In re Estate of Kling* (consolidated for briefing with No. 10-25-00089-CV, *In re Guardianship of Kling*), pending in the Court of Appeals for the Tenth District of Texas.

5. The Comptroller requests this extension because their counsel has been and will be occupied with other matters that will prevent them from filing the brief by the current due date. Among other matters, counsel has been occupied with the following:

a) Deborah J. Rao, who had been lead counsel on this appeal prior to the Comptroller filing its change of designation of agency counsel on July 29, 2025, left the Office of the Attorney General and thus will not be available to assist with the appellate briefing;

b) working on Discovery, Plea to the Jurisdiction, and Motion for Summary Judgment in Cause No. D-1-GN-23-002189, *Ryan, LLC, v. Kelly Hancock, in his Official Capacity as Acting Texas Comptroller of Public Accounts*, pending in the 459th District Court of Travis County, Texas;

c) working on a Plea to the Jurisdiction and Motion for Summary Judgment in Cause No. D-1-GN-19-003740, *The Consortium Venture, Inc., v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas*, pending in the 53rd District Court of Travis County, Texas;

d) assisting with a Joint Motion for Summary Judgment, set for August 12, 2025, in Cause No. 2023-CI-27126, *Liza Zambrano v. Texas Workforce Commission and Lux Bakery, Inc.*, pending in the 288th District Court of Bexar County, Texas;

e) assisting with a Plea to the Jurisdiction, set for August 10, 2025, in Cause No. 2020-CI-12466, *Steve A. Casarez v. Texas Workforce Commission*, pending in the 37th District Court of Bexar County, Texas;

f) assisting with a Plea to the Jurisdiction, set for August 13, 2025, in Cause No. 2024-CI-24564, *Glenn Samuels v. Texas Workforce Commission*, pending in the 288th District Court of Bexar County, Texas; and

g) assisting with oral argument, set for September 10, 2025, in Cause No. 24-0037, *NuStar Energy, L.P., v. Kelly Hancock, Acting Texas Comptroller of Public Accounts and Ken Paxton, Attorney General of the State of Texas*, pending the Supreme Court of Texas;

Therefore, the Coppell Parties and the Comptroller request that the Court extend the deadline for their opening briefs to Friday, September 26, 2025. The Coppell Parties and the Comptroller further request general relief.

Dated: August 21, 2025

Respectfully submitted,


HOLLAND & KNIGHT LLP


By: */s/ James B. Harris* (with permission)
James B. Harris
State Bar No. 09065400
james.harris@hklaw.com

Stephen F. Fink
State Bar No. 07013500
stephen.fink@hklaw.com

Richard B. Phillips, Jr.
State Bar No. 24032833
rich.phillips@hklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 964-9500

**COUNSEL FOR COPPELL
PARTIES**

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney
General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**STEVEN ROBINSON**
Division Chief, Tax Litigation Division

*/s/ Kyle Pierce Counce*
Kyle Pierce Counce
State Bar No. 24082862
kyle.counce@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-3112
F: (512) 478-4013

**ATTORNEYS FOR COMPTROLLER**

## CERTIFICATE OF CONFERENCE

Counsel for the Comptroller discussed this motion with Cindy Olson Bourland, counsel for Appellee the City of Round Rock, Texas by email, who indicated that the City of Round Rock, Texas is not opposed to the requested extension.

*/s/ Kyle Pierce Counce*
Kyle Pierce Counce
Deputy Division Chief

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kyle Counce on behalf of Kyle Counce
Bar No. 24082862
kyle.counce@oag.texas.gov
Envelope ID: 104696116
Filing Code Description: Motion
Filing Description: 20250821 Coppell Sales  Joint Motion to Extend Deadline f
Status as of 8/21/2025 5:00 PM CST

Associated Case Party: City of Coppell, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 8/21/2025 4:09:39 PM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 8/21/2025 4:09:39 PM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 8/21/2025 4:09:39 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 8/21/2025 4:09:39 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 8/21/2025 4:09:39 PM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 8/21/2025 4:09:39 PM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 8/21/2025 4:09:39 PM | SENT |

Associated Case Party: Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Counce | 24082862 | Kyle.Counce@oag.texas.gov | 8/21/2025 4:09:39 PM | SENT |